UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

UNITED STATES OF AMERICA,

Plaintiff,

-against-

Yandhel Fernandez Nunez

Defendant.

-------------------------------------------------------

VIOLATION NO: 26 MJ 4218

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

Kim Berg

Hon. Kim P. Berg
United States Magistrate Judge

Dated: 6th day of November, 2026
Poughkeepsie, New York